This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-39496

**PAUL DOUGLAS SCOTT,**

Petitioner-Appellant,

v.

**GLORIA ERLINA MONDRAGON,**

Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Sylvia F. Lamar, District Judge**

Cuddy & McCarthy, LLP
Julie A. Wittenberger
Santa Fe, NM

for Appellant

Patrick R. Brito
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Petitioner appeals from the district court's final decree of dissolution of marriage, asserting that the district court erred by determining a residence had transmuted from separate to community property. This Court issued a notice of proposed disposition, proposing to reverse and remand for further proceedings. Respondent filed a memorandum expressing her concurrence with this Court's proposed remand, and not otherwise objecting to our notice.

**{2}** Accordingly, for the reasons stated in our notice of proposed disposition and herein, we reverse the district court's ruling that the residence was community property and remand for further proceedings.

**{3}** **IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**SHAMMARA H. HENDERSON, Judge**